UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEPHANIE GORDON,<br><br>    Plaintiff(s),<br><br>v.<br><br>STOR UR STUFF, et al.,<br><br>    Defendant(s). | Case No.: 2:20-cv-00139-APG-NJK<br><br>**ORDER**<br><br>[Docket No. 12] |

On May 8, 2020, this case was dismissed and closed for lack of subject matter jurisdiction. Docket Nos. 9-10. The Court indicated that any efforts by Plaintiff to obtain relief on her underlying claims should be conducted in state court. *See, e.g.*, Docket No. 9 at 1.

On August 25, 2020, Plaintiff filed a motion to compel production of documents. *See* Docket No. 12 at 2 ("I am requesting the court to demand Stuff UR Storage provide the documentation for the unit").[1] As this case has been closed, it is not a proper forum for Plaintiff to demand document production.

Accordingly, the motion to compel is DENIED.

IT IS SO ORDERED.

Dated: September 14, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] As Plaintiff is proceeding *pro se*, the Court construes her arguments liberally. *See, e.g.*, *Erickson v. Pardus*, 551 U.S. 89, 94 (2007).

1